IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE CLOSNER,

    Petitioner,               No. 2:11-cv-1531 JAM KJN P

    vs.

J. PREMO,

    Respondent.           ORDER

_____/

        Petitioner moved to waive or defer the $455.00 filing fee required for filing an appeal in the Ninth Circuit Court of Appeals.  Petitioner provides no authority to support his request to waive or defer the filing fee.  Petitioner's request to proceed in forma pauperis was denied on October 5, 2011.  (Dkt. No. 12.)  Accordingly, IT IS HEREBY ORDERED that petitioner's December 27, 2011 motion (dkt. no. 20) is denied without prejudice.

DATED:  January 24, 2012

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

/clos1531.fee